OPINION — AG — ** COMPLAINING WITNESS — PARTY TO ACTION ** A COMPLAINING WITNESS IN A DISCIPLINARY PROCEEDING BROUGHT BY THE STATE BOARD OF PSYCHOLOGISTS PURSUANT TO 59 O.S. 1370 [59-1370] IS NOT A ' PARTY ' AS DEFINED UNDER THE ADMINISTRATIVE PROCEDURES ACT, 75 O.S. 301 [75-301] (ADMINISTRATIVE LAW, WITNESSES, DISCIPLINARY PROCEEDINGS) CITE: 75 O.S. 301 [75-301](8) (MICHAEL SCOTT FERN)